IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HANNA SHALAKHTI<br>    *Plaintiff,*<br><br>v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE<br>CO. AND ALARM SECURITY GROUP, LLC<br>D/B/A ASG SECURITY<br>    *Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 5:16-CV-695-OLG |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hanna Shalakhti ("Plaintiff") and Defendant Nationwide Mutual Fire Insurance Company ("Nationwide") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Nationwide related to an insurance claim for damages allegedly relating to a break-in which occurred on or about July 11, 2014.

2. Plaintiff and Nationwide have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Nationwide agrees to the dismissal. Defendant Alarm Security Group, LLC d/b/a ASG Security has not been served, has not appeared or answered the lawsuit, and has been dismissed from the suit by Plaintiff via non-suit.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice as to any and all claims against Nationwide that have or could have been asserted in this action.

6. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Charles Tabet (w/permission PMK)* | */s/ Patrick M. Kemp* |
| Charles Tabet | Patrick M. Kemp |
| Texas Bar No. 19601550 | Texas Bar No. 24043751 |
| charlestabet@yahoo.com | pkemp@smsm.com |
| 2600 McCullough Avenue | Robert G. Wall |
| San Antonio, Texas 78212 | Texas Bar No. 24072411 |
| (210) 572-7272 | rwall@smsm.com |
| (210) 572-7575 – Facsimile | Robert R. Russell |
| | Texas Bar No. 24056246 |
| **ATTORNEY FOR PLAINTIFF HANNA SHALAKHTI** | rrussell@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 1st of May, 2017 to:

Charles Tabet
2600 McCullough Ave.
San Antonio, Texas 78212

*/s/ Patrick M. Kemp*
Patrick M. Kemp